# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**STEVE ANTONIO LANE and**
**CHARRISE J LANE,**

      **Plaintiffs,**

v.                                       **Case No: 6:22-cv-1175-PGB-EJK**

**SECRETARY, DEPARTMENT**
**OF HOMELAND SECURITY and**
**DIRECTOR, U.S. CITIZENSHIP**
**AND IMMIGRATION**
**SERVICES,**

      **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiffs' Notice of Voluntary Dismissal, filed February 13, 2023. (Doc. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendants Secretary of the Department of Homeland Security and Director of U.S. Citizenship and Immigration Services are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 14, 2023.

 

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties